### WATERMAN & BRADLEY vs. JONES.

Where judgment of *non pros.* was obtained in 1818, and *test. ca. sa.* issued returnable May 1819, and nothing further done until 1844, a declaration was served, to which was annexed a copy rule setting aside defendant's judgment of *non pros.* May 1819. The defendant was allowed an order setting aside the latter rule, and all proceedings on the part of plaintiff.

*Motion by defendant to vacate or annul the rule or order setting aside the judgment of non pros. entered in this cause on the 15th May,* 1819, *and to set aside all proceedings on the part of plaintiffs subsequent to said rule.*— Defendant's facts : this suit was commenced by the plaintiffs, against the defendant, about the year 1817 or 1818, and the only one ever commenced by said plaintiffs against defendant; that defendant's then attorney proceeded in said cause, and got a judgment of non pros. against plaintiffs, December 26, 1818, and issued test. ca. sa. returnable first Monday of May 1819; that defendant supposed the matter was ended, and never heard any thing more from it until, July 1844, he was served with a notice signed by plaintiffs' attorney in said cause, requiring him to appoint an attorney for himself in said suit in place of W. W. Bowen, Esq., now dead, who was his attorney originally. After serving a notice upon plaintiffs' attorney that he had appointed another attorney, he received a declaration in said cause, to which was attached a copy rule, dated 15th May 1819, setting aside defendant's judgment of non pros. and all subsequent proceedings with costs. Plaintiffs' facts : that plaintiffs' attorney first knew of this cause in the month of April, 1819, when plaintiff Bradley applied to him to set aside the ca. sa. issued in said cause; that he drew up the papers and served them, and procured the said rule of 15th May, 1819; that no proceedings were had in said cause afterwards, until the above mentioned by defendant.

D. M. CHAPIN, *Defts Atty.*        L. FORD, *Plffs Atty.*

*Decision.*— Motion granted without costs to either party.